UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Muhammed Zbeida Tillisy,

    Plaintiff,

v.

Marty C. Anderson, Warden, and
Harry Lappin, Director - Bureau
of Prisons,

    Defendants.

Civil 06-1143 JNE/FLN

O R D E R

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 27, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed without prepayment of fees [#2] is DENIED; and

2. This action is dismissed without prejudice.

DATED: May 23, 2006.
at Minneapolis, Minnesota

s/ Joan N. Ericksen
  JUDGE JOAN N. ERICKSEN
United States District Court